# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BOBBY GENE GUY, <br><br> Defendant. | No. CR07-4087-MWB-1 <br><br> **ORDER FOR COMPETENCY EVALUATION** |

At the opening of the defendant's April 28, 2009, revocation hearing in the above captioned case, defense counsel made an oral motion for a mental status evaluation of the defendant pursuant to 18 U.S.C. §§ 4241 and 4247. The Assistant United States Attorney prosecuting this case did not object. In order to grant the motion, the court must find "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering [him] mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against [him] or to assist properly in [his] defense." 18 U.S.C. § 4241(a). The court, having so found, finds that the motion should be **granted**. The defendant is committed to the custody of the Attorney General for placement in a suitable facility for a period of time **not to exceed thirty days**, for the purpose of obtaining a study and evaluation of the defendant pursuant to 18 U.S.C. § 4241(b), by a licensed or certified psychiatrist or psychologist as provided by 18 U.S.C. § 4247(b). The Marshal is directed to transport the defendant to a suitable medical facility **within ten days** from the date of this order.

The director of the facility where the defendant is being evaluated "may apply for a reasonable extension, **but not to exceed fifteen days**…, upon a showing of good cause

that the additional time is necessary to observe and evaluate the defendant." 18 U.S.C. § 4247(b). Any such request for a fifteen-day extension must be made no later than **June 8, 2009**.

**Within fourteen days** from the date the evaluation is complete, the examiner is directed to prepare and file a report in accordance with 18 U.S.C. § 4247(c), containing the information required by that subsection. The report must be filed with the court and provided to counsel for the parties.

The court will hold a hearing pursuant to 18 U.S.C. §§ 4241(a) and 4247(d), at a date to be determined by the court. If the court finds that the defendant is competent at the time of this hearing, the court will immediately, following the hearing, hold a revocation hearing. Once the hearing is scheduled, any motion to continue the hearing because of difficulties in transporting the defendant from the medical facility to Sioux City, Iowa, must be filed **at least two court days** prior to the scheduled hearing.

**IT IS SO ORDERED.**

**DATED** this 28th day of April, 2009.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA